JOHN J. FINNEY, Respondent, *v.* PETER W. GALLAUDET et al., Appellants.

(Submitted March 18, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made December 3, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. Elliott Minor* for appellants.

*Edwin M. Felt* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.